DJW/mmh

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

RAMON FISHER, individually
and as father and next friend
of K.F., a minor child,

        Plaintiffs,

        v.                                      Case No: 07-2154-KHV-DJW

LANDEE LYNCH, et al.,

        Defendants.

## **O R D E R**

Upon the Court's own motion a telephone status conference to discuss Alternative Dispute Resolution is scheduled for December 10, 2007 at 3:30 p.m. to be initiated by the U.S. Magistrate Judge's office.

**All parties and attorneys** who have entered an appearance in accordance with D.Kan Rule 5.1(d) shall be available for the telephone conference call.  No later than December 7, 2007**,** counsel shall call Lori Lopez, Deputy Clerk, at 913-551-5405 and provide telephone numbers where the parties can be reached for the telephone status conference.

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 26th day of November 2007.

                                                            s/ David J. Waxse
                                                            DAVID J. WAXSE
                                                            UNITED STATES MAGISTRATE JUDGE