**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**RAMON FISHER, Individually and**
**as father and next friend of K.F.,**

          **Plaintiff,**          Civil Action

v.                                        No. 07-cv-2154-KHV-DJW

**LANDEE LYNCH, NEK-CAP HEADSTART,**
**NEK-CAP INC., JOYCE IMMENSCHUH,**
**CECILLA MARIANI, KRISTIE D.**
**MCDOUGAL-FISHER,**

          **Defendants.**

**ORDER**

On January 10, 2008, Plaintiff filed a Motion for Sanctions (doc. 60) pursuant to Federal Rule of Civil Procedure 16(f). Plaintiff's Motion alleges that Defendants failed to obey the Court's Scheduling Order. However, Plaintiff fails to assert in what way Defendants failed to obey the Scheduling Order.

Defendants Response (doc. 61) argues against sanctions noting Plaintiff's failure to make specific allegations or set forth facts supporting the Motion. Defendants also argue that sanction are improper because Plaintiff failed to identify any damages to him or the Court and failed to identify any delay to this case as a result of the alleged failure to obey the Scheduling Order. The Court agrees.

Defendants further request attorneys' fees in the amount of $200 for responding to a "groundless Motion." Because Plaintiff is representing himself *pro se*, the Court denies this request, however, Plaintiff is cautioned that further motions without a valid basis may subject him to sanctions.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion is denied because it fails to state a specific, valid claim for relief.  The Court further denies Defendants' request for attorneys' fees.

**IT IS SO ORDERED.**

Dated in Kansas City, Kansas on this 21st day of February, 2008.

s/ David J. Waxse
David  J. Waxse
United States Magistrate Judge

cc:     All counsel and *pro se* parties